IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO SOLIS, | 1:07-cv-00471-SMS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE COMPLAINT |
| vs. | |
| J. YATES, | (DOCUMENT #17) |
| Defendant. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 18, 2008, plaintiff filed a motion to extend time to file a complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a complaint, pursuant to the court's order of November 6, 2008.

IT IS SO ORDERED.

**Dated:   December 23, 2008**             /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE