IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO SOLIS, | 1:07-cv-00471-SMS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S THIRD MOTION TO EXTEND TIME TO FILE COMPLAINT |
| vs. | |
| J. YATES, | (Doc. 21) |
| Defendant. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 6, 2009, plaintiff filed a motion to extend time to file his complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a complaint, pursuant to the court's order of November 6, 2008.

IT IS SO ORDERED.

**Dated: March 13, 2009**             /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE